JORDON v. ST. LOUIS & S. F. R. CO.

No. 2919.   Opinion Filed October 14, 1913.

Rehearing Denied December 30, 1913.

*W. L. Johnson,* for plaintiff in error.

*R. A. Kleinschmidt, J. H. Grant,* and *M. D. Owen,* for defendant in error.

Opinion by BREWER, C.  This appeal is prosecuted by case-made.  A motion for new trial was filed on December 12, 1910.  The record fails to show when this motion was acted upon.  The case-made was served on opposing counsel April 19, 1911.  The record is not certified as a transcript.

The record before us failing to affirmatively show that the case-made was served within three days after final judgment, or within an extension of time properly allowed by the court, the same is a nullity and presents nothing for this court to review. The cause is dismissed.  *Com'rs v. Porter,* 19 Okla. 173, 92 Pac. 152; *Bettis v. Cargile,* 23 Okla. 301, 100 Pac. 436; *Lankford v. Wallace,* 26 Okla. 857, 110 Pac. 672; *Carr v. Thompson,* 27 Okla. 7, 110 Pac. 667; *Lathim v. Schlack,* 27 Okla. 522, 112 Pac. 968; *Willson v. Willson,* 27 Okla. 419, 112 Pac. 970; *McCoy v. McCoy,* 27 Okla. 371, 112 Pac. 1040; *School District v. Cox,* 27 Okla. 459, 112 Pac. 1041; *First Nat. Bank v. Oklahoma Nat. Bank,* 29 Okla. 411, 118 Pac. 574; *Bettis v. Cargile,* 34 Okla. 319, 126 Pac. 222.

By the Court:  It is so ordered.